No. 856. CONCRETE APPLIANCES COMPANY ET AL. *v.* JOHN E. GOMERY ET AL. April 7, 1924. Petition for writ of certiorari to the Circuit Court of Appeals for the Third

Circuit granted. *Mr. Stephen J. Cox, Mr. Arthur M. Hood* and *Mr. Cyrus M. Anderson* for petitioners. *Mr. George Bayard Jones, Mr. Thomas F. Sheridan* and *Mr. William S. Jackson* for respondents.